UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAR 6 - 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| **BEVERLY GURARA,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civ. No. 02-196 (RJL) |
| **DISTRICT OF COLUMBIA,** | ) |
| **Defendant.** | ) |

## FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion entered this date, it is, this _1st_ day of March 2006, hereby

**ORDERED** that [#18] defendant's Motion to Dismiss is GRANTED; and it is further

**ORDERED** that judgment is entered in favor of the defendant, and the case is dismissed.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge